EX PARTE J. L. BUSHIEY.

No. 16959.   Delivered May 23, 1934.

The opinion states the case.

*Scott & Hall,* of Marshall, and *Currie McCutcheon,* of Dallas, for relator.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

HAWKINS, JUDGE.—The application herein is in all respects the same as that found in cause number *16,958, Ex parte Lee Burns. For the reason stated in the opinion in that case the writ herein requested is denied.

*Writ denied.*

*(Reported on page 324 of this volume.)